FILED

09/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0276

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA 21-0276

| | |
|---|---|
| Twin Creeks Farm & Ranch LLC,<br>*Claimant and Appellant*<br><br>vs.<br><br>Petrolia Irrigation District; Twin CreeksFarm &<br>Ranch LLC; Daniel W. Iverson<br>*Objectors and Appellees*<br><br>Daniel W. Iverson; Wilks RanchMontana LTD<br>*Notice of Intent to Appear* | **ORDER GRANTING<br>APPELLEE'S<br>UNOPPOSED MOTION<br>FOR EXTENSION OF<br>TIME TO FILE ANSWER<br>BRIEF** |

Pursuant to the authority granted under Mont. R. App. P. 26(1), upon consideration of Appellee Petrolia Irrigation District's *Unopposed Motion for Extension of Time to File Appellee's Answer Brief*, and for good cause appearing therefore:

IT IS HEREBY ORDERED that Appellee's motion is GRANTED. Appellee Petrolia Irrigation District shall have up to and including October 29, 2021, within which to file and serve its Answer Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 22 2021